**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

KAREN MATHEWSON,

    Plaintiff,

v.                                              CASE NO. 2:11-CV-45-FtM-36DNF

VOCATUS MEDICAL MANAGEMENT
SERVICES, INC.,

    Defendant.
_____/

**ORDER**

    **THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Douglas Frazier on May 23, 2011 (Dkt. 21), recommending that the Court grant the Amended Joint Report Regarding Settlement and Request for Judicial Approval of FLSA Settlement Agreement (Dkt. 20).  The Magistrate Judge also recommends the dismissal of Counts I and II of Plaintiff's Complaint with prejudice.  Finally, the Magistrate Judge recommends that the Court direct the parties to file a Case Management Report relating to Count III, the Florida Whistleblower Act claim and any other claims. Neither party filed an objection to the Report and Recommendation, and the time to do so has expired.

    After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.  The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor

Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

Accordingly, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Dkt. 21) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2) The Amended Joint Report Regarding Settlement and Request for Judicial Approval of FLSA Settlement Agreement (Dkt. 20) is **GRANTED**. The Settlement Agreement and Limited Release of Claims (Dkt. 20, Ex. 1) is **APPROVED,** as the settlement constitutes a fair and reasonable resolution of the FLSA claim.

3) Counts I and II of Plaintiff's Complaint are **DISMISSED with prejudice**. The Clerk is directed to enter judgment accordingly.

4) The parties are directed to file a Case Management Report as to Count III, Violation of Florida's Whistleblower Act §448.102(3), of Plaintiff's Complaint and the Defendant's Counter-Claim for defamation. The parties shall file a Case Management Report within **TWENTY-ONE (21) DAYS** from the date of this Order.

**DONE AND ORDERED** at Ft. Myers, Florida, on June 9, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

COPIES TO:
UNITED STATES MAGISTRATE JUDGE DOUGLAS N. FRAZIER
COUNSEL OF RECORD